1
2  JUSTO G. GONZALEZ (Bar No. 224903)
   JGG@stokeslaw.com
3  THERESA H. WANG (*admitted pro hac vice*)
4  THW@stokeslaw.com
   STOKES LAWRENCE, P.S.
5  1420 Fifth Avenue, Suite 3000
6  Seattle, WA 98101-2393
   Tel: 206.626.6000
7  Fax: 206.464.1496
8
9  Attorneys for Defendant
   Touch-Tel USA, LLC
10 (identified by Plaintiffs as
   "Touch-Tel U.S.A., L.P.")
11

FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTE CHANGES MADE BY THE COURT

| | |
|---|---|
| BEST PHONES COMMUNICATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TOUCH-TEL U.S.A., L.P., *et al.*,<br><br>Defendants. | Case No.: CV12-6337 CAS (AGRx)<br><br>~~[PROPOSED]~~ ORDER REGARDING ENTRY OF PROTECTIVE ORDER<br><br>BY FAX<br><br>Hearing:<br>Time:<br>Judge: Hon. Christina A. Snyder<br>Court Room: 5-2nd Floor |

[PROPOSED] ORDER REGARDING ENTRY OF PROTECTIVE ORDER -
CV12-6337 CAS (AGRx)
47702-008\ 1773685                    -1-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

PURSUANT TO STIPULATION, IT IS SO ORDERED that the stipulated protective order filed on August 5, 2013 (ECF No. 34) is entered *with changes made by the court.*

DATED this **4th** day of **September**, 2013

_____
HON. ~~CHRISTINA A. SNYDER~~ *Alicia G. Rosenberg*
United States District Judge

[PROPOSED] ORDER REGARDING ENTRY OF PROTECTIVE ORDER - CV12-6337 CAS (AGRx)

47702-008\ 1773685

-2-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000