UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST PHONES COMMUNICATION, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOUCH-TEL U.S.A., LLC,<br><br>    Defendant. | Case No.:  CV12-6337 CAS (FMOx)<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled court upon the stipulation of the respective attorneys of record for the parties hereto, NOW, THEREFORE,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the above-entitled cause of action be and is hereby dismissed with prejudice and without costs or attorneys' fees.

DATED: May 15, 2014

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge